IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA,

    Plaintiff,

  v.

VALERO ENERGY CORPORATION,
VALERO ENERGY PARTNERS LP, and
PLAINS ALL AMERICAN PIPELINE, L.P.,

    Defendants.

No. C 17-03786 WHA

**ORDER RE SEALING MOTION**

The State of California filed this action on June 30, 2017. On the same day it withdrew its complaint; however, at the parties' request the Clerk did not close the case but instead held the action in abeyance.

On July 10, the State of California moved for a temporary restraining order and filed therewith a motion to seal certain documents. The Court is not convinced that these documents warrant sealing, but nevertheless to expedite this action and ensure that the defendants receive all documents as soon as possible, the following items will be filed under seal at plaintiff's request:

- The original complaint
- The amended complaint
- The motion for a temporary restraining order
- The proposed temporary restraining orders
- The motions to file under seal

The State of California shall serve the above documents and all other documents filed in this action on all defendants by **WEDNESDAY, JULY 12**. If any party objects to these documents being filed under seal, it shall raise its objections within three days of being served.

**IT IS SO ORDERED.**

Dated: July 11, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE