# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>VALERO ENERGY CORPORATION<br><br>　　　　　Defendant(s). | Case No: 17-cv-3786<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Stephen Weissman, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Valero Energy Corporation, et al. in the above-entitled action. My local co-counsel in this case is Stuart C. Plunkett, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Baker Botts, 1299 Pennsylvania Avenue, NW, Washington, DC 20004 | Baker Botts, 101 California Street, Suite 3600, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 639-1313 | (415) 291-6203 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| stephen.weissman@bakerbotts.com | stuart.plunkett@bakerbotts.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia,* as indicated above; my bar number is: 451063.
*District Court of Columbia, Court of Appeals
　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.
　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.
　　*I declare under penalty of perjury that the foregoing is true and correct.*
Dated: 07/11/17

　　　　　　　　　　　　　　　　　　　　　　　Stephen Weissman
　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

　　IT IS HEREBY ORDERED THAT the application of Stephen Weissman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

　　　　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE