CERTIFICATE OF SERVICE

*State of California v. Valero Energy Corporation; Valero Energy Partners LP; and Plains All American Pipeline, L.P.,* Case No. 17-cv-3786 (WHA)

The undersigned hereby declares/certifies as follows:

I am a resident of or employed in the City and County of San Francisco, California, over 18 years of age, and not a party to the within cause.

My business address is 388 Market Street, Suite 900, San Francisco, California 94111.

On the date hereon I served the following documents described as:

DECLARATION OF JOHN B. HAYES

on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

_____  (BY FEDERAL EXPRESS) I caused such envelope(s) to be delivered by hand to the offices of the addressee(s) via Federal Express.

_____  (BY MAIL) I placed such envelope(s) with postage thereon fully prepaid in the United States mail at San Francisco, California.

_____  (BY PERSONAL SERVICE) I personally hand delivered such envelope(s) to the above addresses.

\_\_X\_\_  (BY EMAIL) I caused such document(s) to be emailed to the email address known or represented to me to be the receiving email address for transmission.

_____  (BY FAX) I transmitted by facsimile copying machine a true copy thereof to the fax telephone number (listed above) known or represented to me to be the receiving telephone number for facsimile copy transmission of the parties/persons/firms listed above.

Executed on July 25, 2017 at San Francisco, California.

I declare under penalty of perjury that the foregoing is true and correct.

/S/ Charles M. Kagay
Charles M. Kagay

SERVICE LIST

SERVICE BY E-MAIL

Michael James Perry
Baker Botts LLP
1299 Pennsylvania Ave. NW
Washington, DC 20004
202-639-1318
Email: michael.perry@bakerbotts.com
*Attorneys for Valero Energy Corporation and Valero Energy Partners LP*

Christopher Walter James
Vinson and Elkins LLP
555 Mission Street
Suite 2000
San Francisco, CA 94105
415-979-6949
Email: cjames@velaw.com
*Attorneys for Plains All American Pipeline, L.P.*

Case No. 17-cv-3786(WHA)
CERTIFICATE OF SERVICE

2