IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA,

    Plaintiff,

  v.

VALERO ENERGY CORPORATION,
VALERO ENERGY PARTNERS LP, and
PLAINS ALL AMERICAN PIPELINE, L.P.,

    Defendants.

No. C 17-03786 WHA

**ORDER RE HAYES' DEPOSITION TRANSCRIPT**

Defendants request that the Court take notice of the deposition testimony of California's expert, Dr. John Hayes. They submit a transcript of his deposition therewith. Defendants further propose that each side submit brief statements identifying the deposition testimony of Dr. Hayes that they believe is most pertinent. California does not object to the submission of Dr. Hayes deposition transcript. It does, however, disagree that further briefing on the matter is called for (Dkt. No. 66).

California and defendants shall each submit a brief of up to seven pages by **MIDNIGHT TONIGHT, AUGUST 15** identifying the passages of most significance in Dr. Hayes deposition and explaining why they are significant.

**IT IS SO ORDERED.**

Dated: August 15, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE