IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA,

    Plaintiff,

  v.

VALERO ENERGY CORPORATION,
VALERO ENERGY PARTNERS LP, and
PLAINS ALL AMERICAN PIPELINE, L.P.,

    Defendants.

No. C 17-03786 WHA

**ORDER RE SEALING OF ORDER ON MOTION FOR PRELIMINARY INJUNCTION**

The order on plaintiff State of California's motion for preliminary injunction was filed under seal and served on the parties today. The Court, however, is strongly inclined to unseal the order and post it in its entirety, unredacted.

If any party believes that the order should be sealed, it shall file a motion by **MONDAY, AUGUST 28 AT NOON** specifying why, pursuant to *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), sealing is warranted, specifying precise passages deserving redaction.

**IT IS SO ORDERED.**

Dated: August 23, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE