IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA,

    Plaintiff,

  v.

VALERO ENERGY CORPORATION, VALERO ENERGY PARTNERS LP, and PLAINS ALL AMERICAN PIPELINE, L.P.,

    Defendants.

No. C 17-03786 WHA

**ORDER RE THIRD-PARTY OBJECTIONS TO UNSEALING**

Third party Kinder Morgan, Inc. objects to the unsealing of portions of the August 23 order regarding preliminary injunction on the grounds that unsealing the volumes of gasoline and other light petroleum products transported on Kinder-Morgan-owned gathering lines in the Bay Area "would give Kinder Morgan's direct competitors unchecked access to the very information on which Kinder Morgan's success is based" (Dkt. No. 85 at 1, 4).

By **THURSDAY, SEPTEMBER 7 AT NOON**, Kinder Morgan shall submit a notice specifying by name the competitors it claims will benefit from disclosure of its gathering line capacities in the Bay Area, and how, in particular, this disclosure will harm Kinder Morgan.

**IT IS SO ORDERED.**

Dated: September 5, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE