# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA,<br>    Plaintiff,<br>    v.<br>VALERO ENERGY CORPORATION,<br>VALERO ENERGY PARTNERS LP,<br>    and<br>PLAINS ALL AMERICAN<br>PIPELINE, L.P.,<br>    Defendants. | Civil Action No. 17-cv-3786 (WHA)<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

√     **Early Neutral Evaluation (ENE)**

       (ADR L.R. 5)

☐     **Mediation** (ADR L.R. 6)

☐     **Private ADR**

       (*specify process and provider*)

> *Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

√     the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

☐     other requested deadline:

| | | |
|---|---|---|
| 1 | Dated: September 7, 2017 | XAVIER BECERRA<br>Attorney General |
| 2 | | KATHLEEN E. FOOTE |
| 3 | | Senior Assistant Attorney General |
| 4 | | SPIEGEL LIAO & KAGAY, P.C. |
| 5 | | /s/ Charles M. Kagay |
| 6 | | Charles M. Kagay |
| 7 | | Attorneys for Plaintiff State of California |
| 9 | Dated: September 7, 2017 | VINSON & ELKINS L.L.P. |
| 10 | | /s/ William R. Vigdor |
| 11 | | William R. Vigdor (admitted pro hac vice) |
| 12 | | Attorneys for Defendant |
| 13 | | Plains All American Pipeline, L.P |
| 15 | Dated: September 7, 2017 | BAKER BOTTS LLP |
| 16 | | /s/ Stephen Weissman |
| 17 | | Stephen Weissman (pro hac vice) |
| 18 | | Counsel for Defendants |
| 19 | | Valero Energy Corporation and Valero Energy Partners, LP |

I attest that concurrence in the filing of this document has been obtained from all signatories.

/s/ Brian D. Wang
Brian D. Wang

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: September 11, 2017.

_____
U.S. DISTRICT/MAGIS JUDGE