IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA,

       Plaintiff,

  v.

VALERO ENERGY CORPORATION,
VALERO ENERGY PARTNERS LP, and
PLAINS ALL AMERICAN PIPELINE, L.P.,

       Defendants.

No. C 17-03786 WHA

**ORDER RE JOINT NOTICE OF PENDING DISMISSAL**

The Court thanks the parties for their joint notice of pending dismissal. Until a dismissal is actually filed, however, no deadlines or court dates will be vacated. Nevertheless, having considered the parties' joint submission, the case management conference is continued from September 28 to **OCTOBER 5** and the case management statement previously due on September 21 is now due on **SEPTEMBER 28**.

**IT IS SO ORDERED.**

Dated: September 21, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE